# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 26 WAL 2017

         Respondent             :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

         v.                    :

EDWARD STEPHEN DELGROS,        :

         Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd  day of May, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity, is:

(1)      Do this Court's decisions regarding the deferral of claims of ineffective assistance of counsel to post-conviction collateral review, and the limited exceptions thereto, apply to convictions resulting in non-custodial sentences imposing a fine only, and do Due Process considerations require some opportunity to raise such claim?